IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS INTERNATIONAL,
INC. TELEPHONE CONSUMER PROTECTION
ACT LITIGATION

MDL No. 13-MD-2493

THIS DOCUMENT RELATES TO ALL CASES

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER THE CONSOLIDATED CLASS COMPLAINT

For good cause shown, Defendants' Motion for Extension of Time to Answer the Consolidated Class Complaint is hereby GRANTED. Defendants shall have through and until March 28, 2014 to answer or otherwise respond. All other timeframes reflected in the Court's Summary Order Following Initial Scheduling Conference shall stay the same. (ECF No. 23).

DATED: March 21, 2014

*Irene M. Keeley*

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6518602