```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**IN RE: MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER
PROTECTION ACT LITIGATION**

                                                    **MDL NO. 1:13MD2493**

-------------------------

**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER #3

On June 5, 2014, the Court conducted a scheduling conference in this multi-district litigation, during which it:

- **DENIED AS MOOT** the motion to dismiss filed by Monitronics International, Inc. in <u>O'Shea v. Alliance Security, LLC</u>, 1:13CV264 (dkt. no. 16);

- **DENIED AS MOOT** the motion for class certification filed by the plaintiff in <u>O'Shea v. Alliance Security, LLC</u>, 1:13CV264 (dkt. no. 21);

- For the reasons stated on the record, **DENIED** the motion to transfer filed by Honeywell International, Inc. in <u>Mey v. Honeywell Int'l, Inc.</u>, 1:14CV59 (dkt. no. 175);

- **DENIED AS MOOT** the motion to dismiss filed by Alliance Security, Inc. in <u>Beavers v. Versatile Mktg. Solutions, Inc.</u>, 1:14CV64 (dkt. no. 23);

- **DENIED AS MOOT** the motion to dismiss filed by Alliance Security, Inc. on behalf of Alliance Security, LLC in

**IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE
CONSUMER PROTECTION ACT LITIGATION
MDL NO. 1:13MD2493**

<u>Dolemba v. Monitronics Int'l, Inc.</u>, 1:14CV66 (dkt. no. 20);

- **VACATED** the initial discovery disclosures date of June 12, 2014 from the Court's first order (dkt. no. 88);

- **ORDERED** that the parties' supplemental statements shall replace their initial disclosures required under Fed. R. Civ. P. 26(a)(1);

- **ORDERED** that any objections to the plaintiffs' motion for leave to amend (dkt. no. 128) be filed on or before **June 11, 2014**; and

- **ORDERED** the parties to file a joint proposed case management order, incorporating the procedures, dates, and deadlines adopted at the June 5, 2014 scheduling conference, on or before **July 9, 2014.**

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: June 9, 2014.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE